IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hovorka, Karen J | Case Number: 06 B 03841 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/15/08 | Filed: 4/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 29, 2007
Confirmed: June 1, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,267.00 | |
| Secured: | | 3,181.14 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,769.00 |
| Trustee Fee: | | 316.86 |
| Other Funds: | | 0.00 |
| Totals: | 6,267.00 | 6,267.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,769.00 | 2,769.00 |
| 2. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 5. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 6. | EMC Mortgage Corporation | Secured | 1,527.89 | 248.96 |
| 7. | EMC Mortgage Corporation | Secured | 4,799.26 | 2,932.18 |
| 8. | Wells Fargo Financial | Unsecured | 0.00 | 0.00 |
| 9. | Bank Of America | Unsecured | 0.00 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,226.14 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 654.10 | 0.00 |
| 12. | First National Bank of Omaha | Unsecured | 6,359.63 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 470.06 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 517.23 | 0.00 |
| 15. | Bank Of America | Unsecured | 9,989.18 | 0.00 |
| 16. | World Financial Network Nat'l | Unsecured | 132.53 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 9,112.77 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 1,051.14 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 9,183.11 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 517.10 | 0.00 |
| 21. | B-Real LLC | Unsecured | 1,401.57 | 0.00 |
| 22. | Resurgent Capital Services | Unsecured | 215.03 | 0.00 |
| 23. | Carson Pirie Scott & Co | Unsecured | 377.04 | 0.00 |
| 24. | Resurgent Capital Services | Unsecured | 192.65 | 0.00 |
| 25. | CitiFinancial | Secured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hovorka, Karen J

Printed: 1/15/08

Case Number: 06 B 03841
Judge: Wedoff, Eugene R
Filed: 4/7/06

| | | | | |
|---|---|---|---|---|
| 26. | Park Federal Savings Bank | Secured | | No Claim Filed |
| 27. | CitiFinancial | Unsecured | | No Claim Filed |
| 28. | Shell Oil Company | Unsecured | | No Claim Filed |
| 29. | CB USA Sears | Unsecured | | No Claim Filed |

$ 50,495.43     $ 5,950.14

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 200.00 |
| 4.8% | 44.40 |
| 5.4% | 72.46 |
| | $ 316.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____